IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| PATRICIA COLLIER | ) |
| | ) |
| v. | ) NO. 3:08-0078 |
| | ) JUDGE CAMPBELL |
| FLORIM USA | ) |

ORDER

Pending before the Court is Plaintiff's Request for Dismissal (Docket No. 36), to which no opposition has been filed. There being no pending Counterclaim in this action, Plaintiff's Request for Dismissal (Docket No. 36) is GRANTED, pursuant to Fed. R. Civ. P. 41(a)(2), and this action is DISMISSED with prejudice.

The Clerk is directed to close this file.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE